UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-1551-ABC (OP) | Date | May 8, 2014 |
|---|---|---|---|
| Title | Charles A. Williams v. John Marshall, et al. | | |

| Present: The Honorable | Oswald Parada, United States Magistrate Judge | |
|---|---|---|
| Deb Taylor | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| None | | None |

**Proceedings:**     **IN CHAMBERS:   ORDER TO SHOW CAUSE**

On February 12, 2014, Charles A. Williams ("Plaintiff") filed a Second Amended Civil Rights Complaint ("SAC") pursuant to 42 U.S.C. § 1983, after having been granted leave to proceed *in forma pauperis*. (ECF No. 12.) On April 2, 2014, the Court ordered service of the SAC. (ECF Nos. 14, 15.) Plaintiff was ordered to file with the Clerk of Court a Notice of Submission indicating that all required documents have been submitted to the United States Marshal for service of the Complaint no later than thirty (30) days from the date of the order, i.e., May 2, 2014. Plaintiff was also ordered to file copies of the USM-285 forms submitted to the United States Marshal. Finally, Plaintiff was admonished that his failure to file the Notice of Submission as set forth in the order would subject this action to dismissal without prejudice. (ECF No. 14.)

To date, Plaintiff has not filed the Notice of Submission, has not filed the USM-285 forms, and has not requested an extension of time to do so. Accordingly, Plaintiff is ordered to show cause no later than June 6, 2014, why this action should not be dismissed for failure to prosecute. Filing of the Notice of Submission and USM-285 forms on or before June 6, 2014, shall be deemed compliance with this Order to Show Cause. Plaintiff is admonished that his failure to do so by the date indicated shall result in the Court recommending that this action be dismissed without prejudice for failure to prosecute.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **CV 13-1551-ABC (OP)** | Date | **May 8, 2014** |
|---|---|---|---|
| Title | **Charles A. Williams v. John Marshall, et al.** | | |

**IT IS SO ORDERED.**

cc:  All Parties of Record

                                        Initials of
                                        Preparer          dts