UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-1551-AB (KK) | | Date | March 16, 2015 |
|---|---|---|---|---|
| Title | CHARLES A. WILLIAMS V. JOHN MARSHALL, ET AL. | | | |

| Present: The Honorable | Kenly Kiya Kato, United States Magistrate Judge | |
|---|---|---|
| Deb Taylor | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| None Present | | None Present |

**Proceedings:** (In Chambers) Order to Show Cause Why Action Should Not Be Dismissed for Failure to Prosecute and Comply With Court Orders

Plaintiff Charles A. Williams, proceeding *in forma pauperis* and *pro se*, has filed a civil rights action under 42 U.S.C. § 1983. ECF Docket No. ("Dkt.") 12. On December 1, 2014, the Court issued an Order dismissing Plaintiff's Second Amended Complaint—Plaintiff's most recent pleading—with leave to amend. Dkt. 40. In the Order, the Court directed Plaintiff to file a Third Amended Complaint curing the deficiencies with Plaintiff's official capacity, denial of medical treatment, retaliation, and access to the courts claims. The Court instructed Plaintiff to file any Third Amended Complaint by December 29, 2014. In the alternative, the Court offered Plaintiff the option of voluntarily dismissing all of these deficient claims and proceeding solely on his remaining claims.

On January 8, 2015, at Plaintiff's request, the Court granted Plaintiff until January 28, 2015 to file a Third Amended Complaint. Dkt. 42.

On January 27, 2015, at Plaintiff's request, the Court again extended the deadline for filing a Third Amended Complaint to February 27, 2015. Dkt. 44.

Despite the Court's multiple grants of extensions of time, Plaintiff has neither filed a timely Third Amended Complaint, nor explained his failure to do so.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-1551-AB (KK) | Date | March 16, 2015 |
|---|---|---|---|
| Title | CHARLES A. WILLIAMS V. JOHN MARSHALL, ET AL. | | |

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE**, in writing, why this action should not be dismissed for failure to comply with court orders and/or failure to prosecute. Plaintiff shall have up to and including **March 30, 2015** to respond to this Order. Plaintiff is cautioned that his failure to timely file a response to this Order will be deemed by the Court as consent to the dismissal of this action with prejudice.