UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-1551-AB (KK) | Date | September 18, 2015 |
|---|---|---|---|
| Title | CHARLES A. WILLIAMS V. JOHN MARSHALL, ET AL. | | |

| Present: The Honorable | Kenly Kiya Kato, United States Magistrate Judge | |
|---|---|---|
| Deb Taylor | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:**     **(In Chambers) Order To Show Cause Why Claims Against Unserved Defendant Should Not Be Dismissed For Failure To Serve And/Or Failure To Prosecute**

Plaintiff Charles A. Williams, proceeding pro se and in forma pauperis, filed a civil rights action under 42 U.S.C. § 1983.  ECF Docket No. ("Dkt.") 49.  On April 23, 2015, Plaintiff filed his Fourth Amended Complaint ("FAC").  Id.  The FAC sues defendants employed at California Men's Colony ("CMC"), including Correctional Officer Gonzales.  Id.

On April 27, 2015, the Court issued an order directing service of process for the FAC.  Dkt. 52.  On June 26, 2015, a United States Marshal filed a Process Receipt and Return, which stated the Marshal could not serve Defendant Gonzales at CMC because Defendant Gonzales moved to "another prison."  Dkt. 55.

On August 4, 2015, Defendants filed a Motion to Dismiss the FAC.  Dkt. 65.  Defendants argue, among other things, the Court should dismiss claims against Defendant Gonzales because Plaintiff has failed to serve Defendant Gonzales with the FAC.  Id.

Pursuant to Federal Rule of Civil Procedure 4(m) "[i]f the defendant is not served within 120 days after the complaint is filed, the court – on a motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time.  Fed. R. Civ. P. 4(m).

Here, over 120 days have passed since Plaintiff filed the FAC.  However, Plaintiff has failed to serve Defendant Gonzales.

---

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-1551-AB (KK) | Date | September 18, 2015 |
|---|---|---|---|
| Title | CHARLES A. WILLIAMS V. JOHN MARSHALL, ET AL. | | |

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE**, in writing, why the Court should not dismiss his claims against Defendant Gonzales for failure to serve and/or failure to prosecute.  Plaintiff shall have up to and including **October 2, 2015** to respond to this Order.  The Court warns Plaintiff that the Court will deem his failure to timely file a response to this Order as consent to the dismissal of his claims against Defendant Gonzales without prejudice.

Insofar as Defendants' Motion to Dismiss argues for dismissal because Plaintiff failed to serve Defendant Gonzales, the Court denies the Motion to Dismiss without prejudice as moot.