O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES A. WILLIAMS, | ) Case No. CV 13-01551-AB (KK) |
| Plaintiff, | ) |
| v. | ) ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| JOHN MARSHALL, et al., | ) |
| Defendants. | ) |
| _____ | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the: Fourth Amended Complaint; Motion to Dismiss filed by defendants Yett, Steeb, Brumgarder, and Davis; relevant records on file; and Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that the Motion to Dismiss filed by defendants Yett, Steeb, Brumgarder, and Davis is **DENIED**.

///
///
///
///
///

      **IT IS FURTHER ORDERED** that defendants Yett, Steeb, Brumgarder, and Davis file an Answer to the Fourth Amended Complaint no later than fourteen (14) days after the notice date of this Order.

DATED: December 3, 2015      _____
                                          HONORABLE ANDRÉ BIROTTE JR.
                                          UNITED STATES DISTRICT JUDGE