IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES A. WILLIAMS,** | Case No. CV 13-1551 AB (KK) |
| Plaintiff, | [PROPOSED] **JUDGMENT ON THE VERDICT FOR DEFENDANTS** |
| v. | |
| **LIEUTENANT YETT, et al.,** | |
| Defendants. | |

This action having been tried before the Court sitting with a jury, the Honorable Andre Birotte Jr., District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict, **IT IS ORDERED**:

Judgment is entered in this action in favor of defendants E. Yett, C. Steeb and S. Baumgardner, and against plaintiff Charles A. Williams on all claims, according to the special verdict of the trial jury returned in open court on February 28, 2019.

DATED: March 27, 2019

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE

LA2014613447/53263928.docx

1